Filed _5-13-08_
Clerk, U. S. District Court
Western District of Texas
By _____
Deputy

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

UNITED STATES OF AMERICA,    )     Case No.  SA-08 M-00122(1) PMA
    )
    )
V.    )
    )
(1) ANDREW JOHNSON,    )

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave

of Court endorsed hereon, the United States Attorney for the Western District of Texas

hereby dismisses the original Information without prejudice against Defendant

ANDREW JOHNSON for the following reason: the Defendant entered into a Pretrial

Diversion agreement.

DAVID J. MOUSSETTE
Special Assistant United States Attorney
37 TRW/JA - 1701 Kenly Ave., Ste 117
Lackland AFB, Texas 78236-5158
TELEPHONE: (210) 671-1049
FACSIMILE: (210) 671-3467
TX Bar 24000367

Leave of Court is granted for the filing of the foregoing dismissal.

PAMELA A. MATHY
United States Magistrate Judge

Date: _5/12/08_